UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IGT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCRAPPY ELEGANT GAMING, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02532-RFB-GWF<br><br>STIPULATED ORDER |

　　　　On October 2, 2017, a hearing was held to address Plaintiff IGT's Motion for Temporary Restraining Order (ECF 10).

　　　　The parties stipulated to the following:

　　　　First, the Defendants will be permitted to attend the G2E show. The Court will not restrict Defendant's ability to attend and fully participate in the G2E show.

　　　　Second, the Defendants will be permitted to disseminate material that indicates that they own a patent and they believe that the patent is being infringed by certain products of IGT, but that material will not state that they are threatening legal action against any person or entity that purchases the alleged infringing products.

　　　　Third, the Defendants will be prohibited from entering the IGT booth area. The Defendants and their representatives will be permitted to walk in the public walkway in front of IGT's booth. However, they cannot distribute any material in that area, even the material that the Court has permitted.

　　　　Fourth, the Defendants are free to distribute materials that follow the guidelines set out by the Court throughout the rest of the convention area.

Fifth, the Defendants cannot attend any events that IGT itself is hosting.  THE COURT:

Sixth, the Defendants are prohibited from contacting IGT employees about this litigation or seeking information from IGT employees about this litigation.  Defendants will be required to contact IGT's outside counsel in this case.  When and if the Defendants obtain counsel the Plaintiffs are required to contact counsel rather than contacting Mr. Rosenblatt or any other individual Defendant directly, including company representatives.

For the reasons discussed above,

**IT IS ORDERED** that Plaintiff's Motion for Temporary Restraining Order (ECF No. 10) is GRANTED.

DATED: October 2, 2017.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**