# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IGT, a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCRAPPY ELEGANT GAMING, LLC, DARRYL ROSENBLATT and JAMIE LEIGH KLINGLER,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02532-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's *Ex Parte* Motion for Continuance of Status Conference (ECF No. 37), filed on December 6, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's *Ex Parte* Motion for Continuance of Status Conference (ECF No. 37) is **granted**.

**IT IS FURTHER ORDERED** that the Status Conference is *RESCHEDULED* to **Thursday, January 18, 2018 at 9:30 a.m.** in Las Vegas Courtroom 3A.

DATED this 7th day of December, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge