**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IGT, a Nevada Corporation, | |
| Plaintiff, | Case No. 2:17-cv-02532-RFB-GWF |
| vs. | **ORDER** |
| SCRAPPY ELEGANT GAMING, LLC, DARRYL ROSENBLATT and JAMIE LEIGH KLINGLER, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Response to Defendants' Second Motion for Extension of Time to File Responsive Pleading (ECF No. 47), filed on February 7, 2018.

Plaintiff represents that it received Defendants' second motion for extension of time on February 5, 2018, which is attached as Exhibit A to Plaintiff's response. However, Defendants' second motion for extension of time was never independently filed on the docket. Defendants' proposed motion requests a 90-day extension of time to obtain counsel and file a responsive pleading to Plaintiff's complaint. Plaintiff, however, is only willing to give Defendants a three day extension of time to respond — from February 6, 2018 to February 9, 2018— because this case has been pending for over four months. *Response* (ECF No. 47), 2. Upon review, the Court finds that a two week extension of time, measured from February 9, 2018, is warranted. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Response to Defendants' Second Motion for Extension of Time to File Responsive Pleading (ECF No. 47) is **denied**.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Defendants' shall file a responsive pleadings no later than **February 23, 2018**.  The Court will no grant a further exception unless extraordinary circumstances are present.

DATED this 7th day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge