Jeffrey A. Silvestri, Esq. (NSBN 5779)
Craig A. Newby, Esq. (NSBN 8591)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com
cnewby@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John M. Desmarais (*pro hac vice*)
Justin P.D. Wilcox (*pro hac vice*)
Jonas R. McDavit (*pro hac vice*)
Kathryn Bi (*pro hac vice* to be submitted)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
jdesmarais@desmaraisllp.com
jwilcox@desmaraisllp.com
jmcdavit@desmaraisllp.com
kbi@desmaraisllp.com

*Attorneys for IGT*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IGT, a Nevada corporation<br><br>Plaintiff,<br><br>v.<br><br>SCRAPPY ELEGANT GAMING, LLC, a revoked Nevada limited liability company; DARRYL ROSENBLATT, a Nevada resident; JAMIE LEIGH KLINGER, a Nevada resident; and DOES 1-10 inclusive.<br><br>Defendants. | 2:17-cv-02532-RFB-GWF<br><br>**STIPULATION TO STAY ALL PROCEEDINGS AND DEADLINES PURSUANT TO SETTLEMENT AGREEMENT**<br><br>**(First Request)** |

Pursuant to LR 26-4 and LR 1A 6-1, the Parties, Defendants Scrappy Elegant Gaming, LLC, Darryl Rosenblatt, and Jamie Leigh Klingler (collectively, "Defendants") and Plaintiff IGT (collectively, with Defendants, the "Parties") agree and stipulate as follows:

1  WHEREAS, a status conference is currently scheduled to take place before this Court on
2  February 13, 2018 with respect to the proposed discovery plan and scheduling order;

3  WHEREAS, the deadline for Defendants to answer or otherwise respond to the Complaint
4  was February 6, 2018 and the Defendants served their Second Motion for Extension of Time to
5  File Responsive Pleading on February 5, 2018;

6  WHEREAS, IGT filed its opposition to Defendants' Second Motion for Extension of Time
7  to File Responsive Pleading on February 5, 2018;

8  WHEREAS, a decision on Defendants' Second Motion for Extension of Time to File
9  Responsive Pleading has not yet been entered;

10  WHEREAS, the Parties have entered into a settlement agreement which provides for the
11  dismissal of this action upon Defendants' completion of certain tasks;

12  WHEREAS, the Parties wish to avoid incurring additional fees and costs while the
13  Defendants proceed with accomplishing these tasks;

14  WHEREAS, good cause exists to stay all deadlines and proceedings because such is
15  necessary to avoid the accrual of additional costs and fees now that a settlement agreement has
16  been executed;

17  WHEREAS, this is the first request for a stay of all deadlines and proceedings;

4851-9035-7084, v. 2

THEREFORE, the Parties hereby stipulate and agree to stay all deadlines and proceedings in this action until the earlier of (i) the filing of a notice of dismissal of this action or (ii) 30 days from the date of this Stipulation.

DATED: This 6th day of February, 2018.

SCRAPPY ELEGANT GAMING, LLC

By: /s/
Jamie Leigh Klinger, Its Manager

DARRYL ROSENBLATT

JAMIE LEIGH KLINGER

McDONALD CARANO LLP

By: /s/ Craig A. Newby
Jeffrey A. Silvestri (NSBN 5779)
Craig A. Newby (NSBN 8591)
Amanda M. Perach (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com
cnewby@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John M. Desmarais (pro hac vice)
Justin P.D. Wilcox (pro hac vice)
Jonas R. McDavit (pro hac vice)
Kathryn Bi (pro hac vice to be submitted)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
jdesmarais@desmaraisllp.com
jwilcox@desmaraisllp.com
jmcdavit@desmaraisllp.com
kbi@desmaraisllp.com

Attorneys for Plaintiff IGT

IT IS SO ORDERED.

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: February 8, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the 7th ~~6th~~ day of February, 2018, a true and correct copy of the foregoing **STIPULATION TO STAY ALL PROCEEDINGS AND DEADLINES PURSUANT TO SETTLEMENT AGREEMENT (First Request)** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification and via regular U.S. Mail to the parties listed below:

Darryl Rosenblatt
8665 Tindall Road
Davisburg, MI 48350

Jamie Leigh Klingler
8665 Tindall Road
Davisburg, MI 48350

Scrappy Elegant Gaming, LLC
8665 Tindall Road
Davisburg, MI 48350

　　　　　　　　　　　　　　　　　　　　*/s/ Brian Grubb*
　　　　　　　　　　　　　　　　　　　　An Employee of McDonald Carano LLP

4851-9035-7084, v. 2