Jeffrey A. Silvestri, Esq. (NSBN 5779)
Craig A. Newby, Esq. (NSBN 8591)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com
cnewby@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John M. Desmarais (*pro hac vice* application submitted)
Justin P.D. Wilcox (*pro hac vice* application submitted)
Jonas R. McDavit (*pro hac vice* application submitted)
Kathryn Bi (*pro hac vice* to be submitted)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
jdesmarais@desmaraisllp.com
jwilcox@desmaraisllp.com
jmcdavit@desmaraisllp.com
kbi@desmaraisllp.com

*Attorneys for IGT*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IGT, a Nevada corporation<br><br>Plaintiff,<br><br>v.<br><br>SCRAPPY ELEGANT GAMING, LLC, a revoked Nevada limited liability company; DARRYL ROSENBLATT, a Nevada resident; JAMIE LEIGH KLINGLER, a Nevada resident; and DOES 1-10 inclusive.<br><br>Defendants. | CASE NO. 2:17-cv-02532-RFB-GWF<br><br>**STIPULATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff IGT and Defendants Scrappy Elegant Gaming, LLC, Darryl Rosenblatt, and Jamie Leigh Klingler (collectively



"Defendants"), by and through their undersigned counsel, hereby agree and stipulate to dismiss this case <u>without prejudice</u>, with each party to bear its own attorneys' fees and costs.

DATED: This 16th day of February, 2018.

| SCRAPPY ELEGANT GAMING, LLC | McDONALD CARANO LLP |
|---|---|
| By: _____<br>Jamie Leigh Klinger, Its Manager | By: /s/ Craig A. Newby<br>Jeffrey A. Silvestri (NSBN 5779)<br>Craig A. Newby (NSBN 8591)<br>Amanda M. Perach (NSBN 12399)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>Facsimile: (702) 873-9966<br>jsilvestri@mcdonaldcarano.com<br>cnewby@mcdonaldcarano.com<br>aperach@mcdonaldcarano.com |
| DARRYL ROSENBLATT<br>_____ | John M. Desmarais (pro hac vice)<br>Justin P.D. Wilcox (pro hac vice)<br>Jonas R. McDavit (pro hac vice)<br>Kathryn Bi (pro hac vice to be submitted)<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 351-3400<br>jdesmarais@desmaraisllp.com<br>jwilcox@desmaraisllp.com<br>jmcdavit@desmaraisllp.com<br>kbi@desmaraisllp.com |
| JAMIE LEIGH KLINGER<br>_____ | Attorneys for Plaintiff IGT |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of February, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the 22nd day of February, 2018, a true and correct copy of the foregoing **STIPULATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification and via regular U.S. Mail to the parties listed below:

Darryl Rosenblatt
8665 Tindall Road
Davisburg, MI 48350

Jamie Leigh Klingler
8665 Tindall Road
Davisburg, MI 48350

Scrappy Elegant Gaming, LLC
8665 Tindall Road
Davisburg, MI 48350

                                        */s/ Elizabeth E. Helms*
                                        An Employee of McDonald Carano LLP

4839-9056-4957, v. 1